IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KELLY C. PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV92 |
| | ) | |
| V. | ) | |
| | ) | |
| PUTMAN, INC., and A-1 CAREERS. INC., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Jeffrey T. Wegner and Lisa M. Peters of Kutak Rock LLP to withdraw as counsel for Defendant (filing 23). Upon the representation that Defendant will now be represented by Marcia Washkuhn and Kasey M. Cappellano, also of Kutak Rock LLP, the motion to withdraw will be granted.

**IT IS ORDERED:**

1. The motion of Jeffrey T. Wegner and Lisa M. Peters to withdraw as counsel for Defendant (filing 23) is granted.

2. The Clerk of Court shall terminate the appearances of Jeffrey T. Wegner and Lisa M. Peters as counsel for Defendant and shall terminate future notices to them in this matter.

**DATED August 8, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**