IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY C. PETERSON,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>PUTMAN, INC., d/b/a A-1  )<br>STAFFING and/or d/b/a A-1  )<br>CAREERS, and A-1 CAREERS,  )<br>INC.,  )<br>  )<br>   Defendants.  ) | Case No. 8:12CV92<br><br>ORDER |

Upon notice of settlement through mediation, given to the court by Terry A. White, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **November 19, 2012,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated: October 18, 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge