IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY C. PETERSON,<br><br>          Plaintiff,<br><br>vs.<br><br>PUTMAN, INC. d/b/a A-1 STAFFING and/or d/b/a A-1 CAREERS, and A-1 CAREERS. INC.,<br><br>          Defendants. | CASE NO. 8:12CV92<br><br>ORDER AND<br>FINAL JUDGMENT |

This matter is before the Court on the parties' Joint Stipulation to Dismiss With Prejudice. (Filing No. 29.) The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), and the Court concludes that it should be approved. Each party will pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation to Dismiss With Prejudice (Filing No. 29) is approved;

2. All claims and counterclaims asserted in the above-captioned matter are dismissed, with prejudice; and

3. Each party will pay its own costs and attorneys' fees.

Dated this 20th day of November, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge